# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0905. THOMAS WAYNE HOLT v. CRYSTAL BURKHALTER, JUDGE et al.

Thomas Wayne Holt filed a notice of direct appeal from the superior court's order dismissing his petition for certiorari from a magistrate court ruling. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . local administrative agencies, and lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Simmons v. Georgia Bureau of Investigation*, 236 Ga. App. 59, 59 (510 SE2d 618) (1999). This procedure must be followed even where the superior court dismisses the certiorari petition. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984); *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795 (363 SE2d 45) (1987).  Holt's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/31/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*